UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY TATUM,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>GEORGE M. GALAZA, Warden,<br><br>　　　　　Respondent. | No. CV 06-683 MMM (FFM)<br><br>ORDER ACCEPTING FINDINGS,<br>CONCLUSIONS AND<br>RECOMMENDATIONS OF<br>UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report. The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

　　　　IT THEREFORE IS ORDERED that Judgment be entered dismissing the SAP on the merits with prejudice.

DATED:  November 29, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_Margaret M. Morrow_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　MARGARET M. MORROW
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge