JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY TATUM, | No. CV 06-683 MMM (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| GEORGE M. GALAZA, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: November 29, 2011

_/s/ Margaret M. Morrow_
MARGARET M. MORROW
United States District Judge